UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MSPA CLAIMS 1, LLC,

    Plaintiff,

v.                                            CASE NO. 8:18-cv-2224-T-23JSS

HCA HEALTH SERVICES OF
FLORIDA, INC.,

    Defendant.
_____/

**ORDER**

In accord with the plaintiff's notice (Doc. 31), this action is dismissed without prejudice under Rule 41(a)(1)(A)(i). The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on April 11, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE